IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/03/2025          Respectfully Submitted,

The ClaimBridge PLLC

/s/: _remur_

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

6

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zamora, Margita Cosme OBO Zamora, Javier Jesus | 04/06/1988 | CA | Southern District of California | No | Yes | No | Kidney Cancer, Liver Cancer, Thyroid Cancer | Counts I-XI |
| 2. | Wilson, John L. | 09/24/1944 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Wilson, Vicki | | AZ | District of Arizona | | | | | Count XI |
| 4. | Williams, Shirley A. OBO Williams, John E. | 09/26/1946 | NV | District of Nevada | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 5. | Williams, Shirley A. | | NV | District of Nevada | | | | | Count XI |
| 6. | Wells, Larna V. OBO Wells, James F. | 05/04/1951 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 7. | Wells, Larna V. | 07/27/1956 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 8. | Wantland, Reta S. | 05/03/1955 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 9. | Wantland, John | | OH | Southern District of Ohio | | | | | Count XI |
| 10. | Volpicelli, Francis A. | 08/25/1959 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Volpicelli, Maryellen G. | | FL | Southern District of Florida | | | | | Count XI |
| 12. | Upton, Curtis G. | 12/29/1961 | UT | District of Utah | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Thompson, Ronald J. | 05/31/1954 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 14. | Thompson, Robin | | CA | Eastern District of California | | | | | Count XI |
| 15. | Thompson, Bernell Jr. | 02/08/1960 | IL | Central District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Summers, Christopher T. | 01/15/1980 | MO | Western District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 17. | Stroup, Gary W. | 09/12/1949 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Prostate Cancer | Counts I-XI |
| 18. | Stroup, Mitzi | | FL | Northern District of Florida | | | | | Count XI |
| 19. | Stein, Charles J. | 04/21/1972 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Stanton, Steve | 03/27/1981 | NY | Southern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 21. | Sobye, Richard | 10/17/1955 | TN | Middle District of Tennessee | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 22. | Sheffer, Tifani N. | 11/20/1981 | GA | Middle District of Georgia | No | Yes | No | Liver Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 23. | Sattlefield, Stacey Maurice | 05/11/1970 | IL | Southern District of Illinois | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 24. | Salamanca, Guillermo E. | 03/11/1958 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol, Liver Cancer | Counts I-XI |
| 25. | Salamanca, Maricela | | CA | Central District of California | | | | | Count XI |
| 26. | Reese Jr., William J. | 02/14/1951 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 27. | Reese, Theresa A. | | PA | Middle District of Pennsylvania | | | | | Count XI |
| 28. | Reddick, Eva | 11/04/1949 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 29. | Ransom, James W. | 01/01/1950 | TN | Middle District of Tennessee | No | Yes | No | Ulcerative Colitis, Thyroid Disease | Counts I-XI |
| 30. | Cristeta Ransom | | TN | Middle District of Tennessee | | | | | Count XI |
| 31. | Ramsaywack, Matthew J. | 10/09/1996 | NY | Southern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 32. | Ramos, Liliana | 04/16/1962 | TX | Western District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 33. | Radspinner, John A. | 08/11/1950 | AZ | District of Arizona | No | Yes | No | Liver Cancer, Kidney Cancer, Prostate Cancer, High Cholesterol | Counts I-XI |
| 34. | Radspinner, Rossana | | AZ | District of Arizona | | | | | Count XI |
| 35. | Price, Gloria | 04/03/1940 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 36. | Prater, Roger | 02/18/1963 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer, Testicular Cancer, High Cholesterol | Counts I-XI |
| 37. | Prater, Sarah | | KY | Eastern District of Kentucky | | | | | Count XI |
| 38. | Post, Christopher W. | 01/18/1984 | TN | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 39. | Arora, Sonali | | TN | Eastern District of Tennessee | | | | | Count XI |
| 40. | Perez, Juan B. | 03/08/1959 | IL | Northern District of Illinois | No | Yes | No | Liver Cancer | Counts I-XI |
| 41. | Payne, Allen | 01/29/1981 | RI | District of Rhode Island | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 42. | Patterson, John R. | 03/24/1983 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 43. | Patterson, Shalonda | | NC | Eastern District of North Carolina | | | | | Count XI |
| 44. | Ortiz, Selena | 03/03/1965 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 45. | Gomez, Roberto | | TX | Southern District of Texas | | | | | Count XI |
| 46. | Ortiz, Eduardo | 05/16/1955 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 47. | Garcia-Ortiz, Luisa A. | | FL | Southern District of Florida | | | | | Count XI |
| 48. | Ornelas, Maria S. | 02/11/1948 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 49. | Olivas, Timothy OBO Olivas Jr., Oscar | 04/13/1944 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Neil, James E. | 01/26/1962 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Nash, Angela D. | 01/23/1976 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol, Liver Cancer | Counts I-XI |
| 52. | Murphy, Charles R. | 05/26/1970 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 53. | Murphy, Sandra | | FL | Middle District of Florida | | | | | Count XI |

| # | Name | DOB | State | District | Col1 | Col2 | Col3 | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 54. | Morgan, Trina D. | 10/20/1976 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 55. | Moreno, Leticia | 10/11/1958 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 56. | Castillo, Francisco | | CA | Central District of California | | | | | Count XI |
| 57. | Morales, John P | 10/29/1988 | CT | District of Connecticut | No | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Montford, Benard C. | 06/05/1969 | VA | Western District of Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 59. | Mitchell, Kimberly J. | 06/22/1961 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 60. | Minitrez, Lawrence | 07/04/1964 | NM | District of New Mexico | Yes | Yes | No | Kidney Cancer, Colon Cancer | Counts I-XI |
| 61. | Medina, Sandra | 02/28/1964 | CO | District of Colorado | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 62. | McPhail, Larry D. | 04/17/1947 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 63. | McCoy, Michael H. | 01/21/1964 | TX | Northern District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 64. | Mayweather, Donald R. | 10/03/1956 | GA | Northern District of Georgia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Mattes, Richard M | 09/05/1952 | FL | Northern District of Florida | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 66. | Mattes, Barbara | | FL | Northern District of Florida | | | | | Count XI |
| 67. | Marucheau, Patrick L. | 09/17/1960 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Marley, Cynthia A. | 09/22/1963 | CO | District of Colorado | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 69. | Marley II, Christopher Albert | | CO | District of Colorado | | | | | Count XI |
| 70. | Manning, Mark L. | 08/29/1968 | TX | Southern District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 71. | Lopez, Manuel | 01/17/1951 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Lockett, Patrick | 10/16/1960 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 73. | Little, Laura L. | 12/03/1969 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 74. | Lewis, George E. | 12/18/1974 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 75. | Lecroy, George C. | 05/26/1945 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 76. | Latham, William Jeter | 09/21/1946 | TN | Eastern District of Tennessee | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 77. | Latham, Angela | | TN | Eastern District of Tennessee | | | | | Count XI |
| 78. | Lance, Gabriel B. Jr. | 02/04/1952 | GA | Northern District of Georgia | No | Yes | No | Liver Cancer, Thyroid Cancer | Counts I-XI |
| 79. | Lance, Ernestne | | GA | Northern District of Georgia | | | | | Count XI |
| 80. | Kindig, Jerry | 12/28/1950 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 81. | Jones, Mary K. | 04/30/1966 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 82. | Jones, Larry R. | | TN | Eastern District of Tennessee | | | | | Count XI |
| 83. | Johnson, Carolyn D. | 07/04/1957 | CA | Central District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 84. | Johnson, Bert L. | 09/12/1965 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 85. | Miskell, Krista | | KS | District of Kansas | | | | | Count XI |
| 86. | Johnson, Allen A. | 10/10/1975 | VA | Eastern District of Virginia | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 87. | Jablonski, Marcia J. | 11/17/1960 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 88. | Jablonski, James | | MI | Western District of Michigan | | | | | Count XI |
| 89. | Israel, John | 12/12/1956 | MD | District of Maryland | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 90. | Humphries, George | 09/15/1938 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 91. | Hickey, Donna | 02/11/1952 | CT | District of Connecticut | No | Yes | No | Liver Cancer | Counts I-XI |
| 92. | Hernandez, Oscar J. | 12/07/1984 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 93. | Hendrington Deaner, Crytsal I. | 04/25/1964 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 94. | Hazard, Stephan P. | 01/15/1976 | MO | Eastern District of Missouri | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 95. | Hadley, Denise J. OBO Brody, Winfield S. | 02/13/1966 | OR | District of Oregon | No | Yes | No | High Cholesterol, Kidney Cancer | Counts I-XI |
| 96. | Hadley, Denise J. | | OR | District of Oregon | | | | | Count XI |
| 97. | Gunderson, Debra J. | 09/10/1959 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 98. | Gross, Jonathon David | 08/15/1982 | FL | Middle District of Florida | Yes | | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 99. | Gross, Grasiela | | FL | Middle District of Florida | | | | | Count XI |
| 100. | Gray, Craig | 04/04/1961 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Gray, Deyawatie | | MD | District of Maryland | | | | | Count XI |
| 102. | Gonzales, Carmen | 09/19/1954 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 103. | Gibbons, Nadeen | 10/01/1967 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 104. | Gibbons, Roman | | TX | Eastern District of Texas | | | | | Count XI |
| 105. | Gabbard, Jason | 03/06/1970 | CA | Eastern District of California | Yes | Yes | No | Thyroid Cancer | Counts I-XI |
| 106. | Franckiewicz, Ralph Robert | 07/05/1962 | ID | District of Idaho | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 107. | Foust, Brad C. | 04/05/1975 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 108. | Fogliano, Karen OBO Cochrane, James | 09/19/1969 | CT | District of Connecticut | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 109. | Denney II, Robert K | 11/12/1964 | DE | District of Delaware | No | Yes | No | Kidney Cancer | Counts I-XI |
| 110. | Demke, Loren Charles | 12/02/1952 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 111. | Deborah Ann Demke | | CA | Central District of California | | | | | Count XI |
| 112. | Delyons, Shirley Lee | 03/06/1955 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 113. | Daniele, Frank L. | 06/18/1942 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer, Pancreatic Cancer | Counts I-XI |
| 114. | Daniele, Janice | | OH | Northern District of Ohio | | | | | Count XI |
| 115. | Cosey, Dionne | 02/28/1967 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 116. | Cosey, Kenneth | | TX | Southern District of Texas | | | | | Count XI |
| 117. | Cortez, Pedro Jr. | 09/19/1951 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 118. | Cortez, Adelita | | TX | Western District of Texas | | | | | Count XI |
| 119. | Corso, Germaine | 06/24/1951 | LA | Middle District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 120. | Cohen, Patricia A. | 07/11/1952 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 121. | Clark, Nickey G. | 02/04/1952 | OK | Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 122. | Clark, Cindy A. | | OK | Western District of Oklahoma | | | | | Count XI |
| 123. | Clark, Kathy S. | 04/02/1962 | KY | Eastern District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-XI |
| 124. | Castillo, Gustavo | 09/07/1974 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 125. | Cargile, Shaminka M. | 08/14/1982 | OK | Western District of Oklahoma | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 126. | Campbell, Dione S. | 01/27/1975 | IL | Northern District of Illinois | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 127. | Campbell, Serita | | IL | Northern District of Illinois | | | | | Count XI |
| 128. | Bressanelli, Margaret A. | 03/29/1958 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 129. | Bressanelli, Matthew J. | | MO | Western District of Missouri | | | | | Count XI |
| 130. | Borton, David M. | 07/16/1959 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 131. | Blackwell, Doreen | 12/17/1957 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 132. | Benson, William | 12/16/1960 | IA | Northern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 133. | Benson, Sandra L. | | IA | Northern District of Iowa | | | | | Count XI |
| 134. | Baum, Ronald L. Jr. | 02/09/1951 | IA | Northern District of Iowa | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 135. | Barber, Eddie L. | 03/18/1951 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer, Colon Cancer | Counts I-XI |
| 136. | Baker, Kenneth D. | 01/13/1958 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Baellow, Shari R. | 08/18/1951 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 138. | Ayala, Juanita | 07/10/1963 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 139. | Anderson, Polores Rose | 08/29/1962 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 140. | Anderson, Kristie J. | 07/09/1961 | MN | District of Minnesota | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Colon Cancer, Thyroid Cancer | Counts I-XI |
| 141. | Ancira, Susan | 11/04/1957 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 142. | Allen, Jennifer L. | 03/12/1961 | NY | Northern District of New York | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 143. | David Christopher Allen | | NY | Northern District of New York | | | | | Count XI |
| 144. | Aleem, Abdullah | 12/08/1976 | NY | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-XI |
| 145. | Alcorta, Juan M. | 06/01/1963 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Aines, Trina R. | 12/02/81962 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 147. | Adriano de Oliveira, Jose | 11/16/1949 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, High Cholesterol, Pancreatic Cancer, Prostate Cancer | Counts I-XI |
| 148. | Adkins Jr., Richard L. | 12/10/1974 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 149. | Abdich, Dawn L. | 06/02/1958 | OK | Northern District of Oklahoma | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 150. | Abdich, Timothy | | OK | Northern District of Oklahoma | | | | | Count XI |